IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RanaVerde Tech Initiative, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>City of Seattle,<br><br>　　　　Defendant. | C.A. No:   2:22-cv-01064-JLR<br>　　　　　　　　　　　　　　**JLR**<br>**STIPULATED MOTION AND [**P̶R̶O̶P̶O̶S̶E̶D̶**] ORDER EXTENDING DEFENDANT'S TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**<br><br>NOTICE ON MOTION CALENDAR AUGUST 24, 2022 |

### **STIPULATION**

The undersigned counsel hereby stipulates that Defendant shall have an extension fro the current deadline, of 30 days, until October 2, 2022, to file its answer, or other responsive pleading.

| | | |
|---|---|---|
| 1 | Dated: August 24, 2022 | Respectfully submitted, |
| 2 | | /s/ Frank M. Washko |
| 3 | | |
| 4 | | Frank M. Washko, Ph.D. (44433)<br>TIBURON INTELLECTUAL PROPERTY PLLC |
| 5 | | 350 Townsend St., Suite 680<br>San Francisco, CA  94107 |
| 6 | | washko@tiburonip.com<br>(415) 545-8040 |
| 7 | | |
| 8 | | *Counsel for Plaintiff RanaVerde Tech Initiative, LLC* |

Stipulation Extending Time
to Respond to Complaint
2:22-cv-01064-JLR

2

# ORDER

Based on the foregoing, it is hereby ORDERED that Defendant City of Seattle will have until October 2, 2022, to file its answer or responsive pleading

DATED this  24th  day of August, 2022.

_____
Honorable James L. Robart
Senior United States District Court Judge

Presented by:

/s/ Frank M. Washko

Frank M. Washko, Ph.D. (44433)
TIBURON INTELLECTUAL PROPERTY PLLC
350 Townsend St., Suite 680
San Francisco, CA  94107
washko@tiburonip.com
(415) 545-8040

*Counsel for Plaintiff RanaVerde Tech Initiative, LLC*

Stipulation Extending Time to Respond to Complaint
2:22-cv-01064-JLR

3